COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



GABRIEL JIMENEZ,


 Appellant,


v.



SYLVIA JIMENEZ,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00108-CV



Appeal from the


388th Judicial District Court


of El Paso County, Texas 


(TC# 2006CM7418) 



MEMORANDUM OPINION


 Pending before the Court is Appellant Gabriel Jimenez's motion to dismiss this appeal
pursuant to Tex.R.App.P. 42.1(a)(1). Appellant represents to the Court that this appeal was filed
under the mistaken belief that the trial court's judgment contained a "judicial error," but has now
concluded that the error is merely clerical and wishes to return to the trial court for the entry of a
Decree of Divorce Nunc Pro Tunc, correcting the error.

 The Court having considered the motion concludes that it is in compliance with Rule
42.1(a)(1) and should be granted. Accordingly, the appeal is dismissed. Costs will be taxed
against Appellant. See Tex.R.App.P. 42.1(d).


November 6, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.